DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SAURABH PRABHAKAR (S.B. #300891)
sprabhakar@omm.com
KAITLYN GOSEWEHR (S.B. #313458)
kgosewehr@omm.com
RUI LI (S.B. #320332)
rli@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:   +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Plaintiffs
AURIS HEALTH, INC.,
VERB SURGICAL INC., and
CILAG GMBH INTERNATIONAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 3:22-CV-08073-WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1  Having considered the parties' Stipulated Request for Order Changing Time Pursuant to
2  Civil L.R. 6-2, and for good cause shown,

3  **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that Plaintiffs shall file
4  their responses to Defendants' Motion to Dismiss (Dkt. 29) and Motion To Compel Arbitration
5  (Dkt. 30) on or before February 24, 2023 and Defendants shall file their replies in support of their
6  Motion to Dismiss and Motion to Compel Arbitration on or before March 3, 2023.

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

9  Dated: February 13, 2023

Hon. William H. Orrick
United States District Judge