UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NOAH MEDICAL CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-08073-AMO   (LJC)<br><br>**ORDER RE: JOINT STATEMENT NOS. 1 AND 2**<br><br>Re: ECF Nos. 73, 74 |

Pending before the Court are two discovery disputes between the parties as presented in Joint Statement Nos. 1 and 2. ECF Nos. 73, 74. Plaintiffs are hereby ordered to file under seal a complete copy of their Trade Secret Identification, including any supplements, by July 20, 2023. Defendants are ordered to file a complete copy of Interrogatories Nos. 2 through 7, as well as Plaintiffs' responses, by July 20, 2023, along with an accompanying motion to seal, if necessary to protect confidential information. The parties are further ordered to appear for a hearing via Zoom on July 25, 2023 at 11:00 A.M. to address the pending discovery disputes and discuss the parties' discovery schedule. If counsel with decision making authority are unavailable on July 25, 2023, then they shall contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov to request an alternative hearing date.

**IT IS SO ORDERED**

Dated: July 18, 2023

LISA J. CISNEROS
United States Magistrate Judge