UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, SARIKA PANDHARE, and DOES ONE through TEN, inclusive,<br><br>    Defendants. | CASE NO.: 3:22-cv-08073-AMO<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br>Complaint Filed: 12-12-2022<br>First Amended Complaint Filed: 2-24-23<br>Trial Date: 1-13-25 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and 18 U.S.C. § 1835(b), and after consideration of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed  (the "Administrative Motion"); Plaintiffs Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International ("Plaintiffs") Response to the Administrative Motion and/or Declaration in Support of Plaintiffs' Sealing Requests; pursuant to local Rule 79-5(f), the Court rules that good cause exists to seal the following documents: (1) Joint Statement #1; (2) Joint Statement #1, Defendants' Exhibit B; (3) Joint Statement #1, Defendants' Exhibit C; and (4) Declaration of Dr. Ron Alterovitz.

1   **IT IS SO ORDERED.**

Dated: 7/18/2023

_____
HONORABLE LISA CISNEROS
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED

-2-

Case No. 3:22-cv-08073-AMO