| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | KAITLYN GOSEWEHR (S.B. #313458) |
| | kgosewehr@omm.com |
| 3 | RUI LI (S.B. #320332) |
| | rli@omm.com |
| 4 | CHRISTOPHER B. PHILLIPS (S.B. #330256) |
| | cphillips@omm.com |
| 5 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 6 | San Francisco, California 94111-3823 |
| | Telephone: +1 415 984 8700 |
| 7 | |
| | LAURA BURSON (S.B. #204459) |
| 8 | lburson@omm.com |
| | O'MELVENY & MYERS LLP |
| 9 | 400 South Hope Street, 18th Floor |
| | Los Angeles, CA 90071 |
| 10 | Telephone: +1 213 430 6000 |
| | Attorneys for Plaintiffs |
| 11 | AURIS HEALTH, INC., |
| | VERB SURGICAL INC., and |
| 12 | CILAG GMBH INTERNATIONAL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, SARIKA PANDHARE, and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 3:22-cv-08073-AMO (LJC)<br><br>**STIPULATED REQUEST FOR A STATUS CONFERENCE AND ORDER PARTIALLY EXTENDING SUBSTANTIAL PRODUCTION DEADLINE AND DEADLINE TO PROVIDE FIRST NARROWING OF TRADE SECRETS** |

1     WHEREAS, on November 9, 2023, the parties submitted a joint letter advising the Court that Noah Medical would be unable to meet the applicable November 15, 2023 substantial production deadline (ECF 93) as to a portion of its Google Drive data. ECF 101. That letter also noted that the parties resolved their longstanding disputes regarding Slack data and had agreed to make best efforts to produce responsive Slack data as soon as practicable. ECF 101. That letter further advised that, on November 15, 2023, Noah Medical would provide the Court with an estimate for when it would substantially complete its production for purposes of the substantial production deadline, and that the parties would submit a joint stipulation seeking to alter Plaintiffs' December 15, 2023 deadline to provide a First Narrowing of Asserted Trade Secrets and Supplementation of Contention Interrogatories (ECF 97) to a later date. *Id*.

    WHEREAS, on November 13, 2023, Plaintiffs' e-discovery vendor identified a problem that will delay the production of approximately ten percent of Plaintiffs' ESI data until approximately November 22, 2023; Noah Medical anticipates it will be able to produce its responsive Slack and Google Drive data by December 22, 2023; Plaintiffs anticipate that they will be able to produce their responsive Slack data on or before that date; and the parties have agreed that it would be appropriate to extend the substantial production deadline to December 22, 2023 for the specific categories of data identified in this paragraph;

    WHEREAS, the parties have further agreed that it would be appropriate to postpone Plaintiffs' deadline to narrow their asserted trade secrets until February 2, 2024;

    WHEREAS, the parties believe that a status conference with Judge Cisneros is warranted in mid-January to discuss the status of fact discovery including the potential impact on the current case deadlines and schedule;

    WHEREAS, depending on the status of fact discovery at that time, the parties believe that a Case Management Conference with Judge Martínez-Olguín in February 2024 may be warranted, including to discuss the date for close of fact discovery and dates trailing from that date; and

    WHEREAS, the parties stipulate that the execution of this stipulation is not a waiver of any claims or defenses these parties may otherwise have and all such claims and defenses are expressly reserved by the parties;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(b) and 6-2(a) and as supported by the Declarations of Sarah Eller and Christopher Phillips, Plaintiffs and Defendants hereby stipulate and respectfully request that the Court grant an enlargement of time with respect to the deadlines listed in the table below:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Substantial Production Deadline (ECF 93) | November 15, 2023 | December 22, 2023[1] |
| First Narrowing of Asserted Trade Secrets and Supplementation of Contention Interrogatories (ECF 97) | December 15, 2023 | February 2, 2024[2] |

The parties respectfully request that the Court schedule a status conference for mid-January with Judge Cisneros to discuss the status of fact discovery.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

The new deadlines are as follows:

Substantial Production Deadline (ECF 93)            December 22, 2023[3]

First Narrowing of Asserted Trade Secrets and       February 2, 2024[4]
Supplementation of Contention Interrogatories (ECF 97)

---

[1] This new deadline alters the substantial production deadline *only* as to the data specifically described herein; the November 15, 2023 deadline shall remain in effect as to other categories of data which the parties previously agreed were subject to the Court's substantial production deadline (as outlined in ECF 101).

[2] This stipulation does not address the March 21, 2024 (Second Narrowing of Trade Secrets) and May 6, 2024 (Final Narrowing of Trade Secrets) deadlines. The parties reserve their rights as to those subsequent deadlines.

[3] This new deadline alters the substantial production deadline *only* as to the data specifically described herein; the November 15, 2023 deadline shall remain in effect as to other categories of data which the parties previously agreed were subject to the Court's substantial production deadline (as outlined in ECF 101).

[4] This new deadline alters the substantial production deadline *only* as to the data specifically described herein; the November 15, 2023 deadline shall remain in effect as to other categories of data which the parties previously agreed were subject to the Court's substantial production deadline (as outlined in ECF 101).

<span style="color:red">The parties shall appear for a status conference via Zoom on January 18, 2024 at 1:30 pm. By January 11, 2024, the parties shall provide a joint letter not exceeding three pages that updates the Court regarding the status of discovery, any pertinent discovery issues that the parties would like to discuss with the Court, and a proposed agenda for the status conference.</span>

Dated: November 16, 2023

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  November 15, 2023                                   Dated:  November 15, 2023

By: /s/ Christopher Phillips                                By: /s/ Sarah Eller
    David R. Eberhart                                       Charles T. Graves
    Kaitlyn Gosewehr                                        Jordan R. Jaffe
    Rui Li                                                  Amy Candido
    Christopher B. Phillips                                  Stephanie C. Cheng
                                                            Sarah Eller

O'MELVENY & MYERS LLP                                       WILSON SONSINI GOODRICH & ROSATI
Two Embarcadero Center, 28th Floor                          1 Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94111-3823                               San Francisco, CA  94105-1126

Attorneys for Plaintiffs                                    Attorney for Defendants
AURIS HEALTH, INC, VERB SURGICAL                            NOAH MEDICAL CORPORATION,
INC., AND CILAG GMBH                                        ENRIQUE ROMO, DIANA CARDONA
INTERNATIONAL                                               UJUETA, KENNETH NIP, MOUSLIM
                                                            TATARKHANOV, MAZIYAR KESHTGAR,
                                                            AND SARIKA PANDHARE

By: /s/ Felipe Corredor
    Mark Conrad
    Felipe Corredor

CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
 San Francisco, CA 94111

Attorney for Defendant
LEOBARDO CENTENO CONTRERAS

**ATTESTATION**

1  Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the
2  filing of this document has been obtained from the other party signatories.

3

4  Dated: November 15, 2023            /s/ Christopher Phillips
                                       Christopher Phillips
5