1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  KAITLYN GOSEWEHR (S.B. #313458)
   kgosewehr@omm.com
3  RUI LI (S.B. #320332)
   rli@omm.com
4  CHRISTOPHER B. PHILLIPS (S.B. #330256)
   cphillips@omm.com
5  **O'MELVENY & MYERS LLP**
   Two Embarcadero Center, 28th Floor
6  San Francisco, California 94111-3823
   Telephone:   +1 415 984 8700
7
   LAURA BURSON (S.B. #204459)
8  lburson@omm.com
   PAIGE HARDY (S.B. #348841)
9  phardy@omm.com
   **O'MELVENY & MYERS LLP**
10 400 South Hope Street, 18th Floor
   Los Angeles, CA 90071
11 Telephone: +1 213 430 6000

12 *Attorneys for Plaintiffs Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International*

13 *(Additional counsel listed on signature page)*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

18 | AURIS HEALTH, INC., | Case No. 3:22-cv-08073-AMO (LJC) |

19 | VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL, | **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIV. L.R. 7-11** |

20              Plaintiffs,

21       v.

22 NOAH MEDICAL CORPORATION,
23 ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO
24 CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR,
25 SARIKA PANDHARE, and DOES ONE through TEN inclusive,

26              Defendants.

27

28

The Court, having considered the parties' Motion for Administrative Relief to extend the length of the parties' Joint Letter pursuant to Civil Local Rule 7-11 and the parties' Joint Stipulation pursuant to Civil Local Rules 7-11 and 7-12 in support thereof, and good cause appearing therefor, hereby GRANTS the parties' Motion for Administrative Relief and orders as follows: the Parties' Joint Letter shall have a page limit of eight pages if the parties brief two issues in the Joint Letter; the Parties' Joint Letter shall have a page limit of five pages if the parties brief one issue in the Joint Letter.

**IT IS SO ORDERED.**

Dated: January 30, 2024

Honorable Lisa Cisneros
United States Magistrate Judge