1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  KAITLYN GOSEWEHR (S.B. #313458)
   kgosewehr@omm.com
3  RUI LI (S.B. #320332)
   rli@omm.com
4  CHRISTOPHER B. PHILLIPS (S.B. #330256)
   cphillips@omm.com
5  **O'MELVENY & MYERS LLP**
   Two Embarcadero Center, 28th Floor
6  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
7
   LAURA BURSON (S.B. #204459)
8  lburson@omm.com
   PAIGE HARDY (S.B. #348841)
9  phardy@omm.com
   **O'MELVENY & MYERS LLP**
10 400 South Hope Street, 18th Floor
   Los Angeles, CA 90071
11 Telephone: +1 213 430 6000

12 *Attorneys for Plaintiffs Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International*

13

14 *(Additional counsel listed on signature page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, SARIKA PANDHARE, and DOES ONE through TEN inclusive,<br><br>　　　　Defendants. | Case No. 3:22-cv-08073-AMO (LJC)<br><br>**STIPULATED ADDENDUM TO THE ESI ORDER'S FORENSIC PROTOCOL** |

WHEREAS, on August 31, 2023, the Court entered the Parties' Stipulated Order re: Discovery of Electronically Stored Information (Dkt. No. 96) ("ESI Stipulation");

WHEREAS, the ESI Stipulation contains a Forensic Inspection Protocol Agreement negotiated by the parties that "governs the forensic inspection of any personal computing, communication, or other electronic device for which Plaintiffs seek a forensic copy that is in the possession, custody, or control of a Defendant" (the "Forensic Protocol") (Dkt. No. 96 at 25-44);

WHEREAS, the Forensic Protocol involves the retention by the Parties of a third-party forensic neutral jointly engaged by Plaintiffs and Defendants ("Forensic Neutral");

WHEREAS, the Defendants have issued discovery requests to Plaintiffs seeking forensic images of devices in Plaintiffs' possession, custody, or control;

WHEREAS, the Parties have agreed that Plaintiff will make such devices in Plaintiffs' possession, custody, or control available for inspection by the Forensic Neutral;

WHEREAS, the Parties have agreed to a protocol for allowing such inspection;

WHEREAS, the Parties have agreed that making a device available for inspection by the Forensic neutral will not be construed as a waiver of attorney-client privilege, work product protection, common interest or joint defense privilege, trade secret protection, or any other privilege or immunity;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court grant their request to add the following Addendum 1, which memorializes the Parties' agreed protocol, to the ESI Stipulation:

## ADDENDUM 1

1. <u>Forensic Review of Devices in Plaintiffs' Possession, Custody, or Control</u>

The Forensic Neutral will conduct the forensic review of devices provided by one or more of Plaintiffs by performing the steps outlined in the following steps of the Forensic Protocol:

- 5.a.i.1-8
- 5.a.ii.1-4

- 5.a.ii.6.a-b

    2. <u>Non-Waiver Agreement</u>

Disclosure of any device, account, file, email or other information to the Forensic Neutral will not be construed as a waiver of attorney-client privilege, work product protection, common interest or joint defense privilege, trade secret protection, or any other privilege or immunity.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 8, 2024

By _____
Hon. Lisa J. Cisneros
United States Magistrate Judge

Dated: March 8, 2024

By: /s/ *David R. Eberhart*
    David R. Eberhart

David R. Eberhart
Kaitlyn Gosewehr
Rui Li
Christopher B. Phillips
Laura Burson
Paige Hardy

*Attorneys for Plaintiffs Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International*

By: /s/ *Charles T. Graves*

Charles T. Graves
Jordan R. Jaffe
Amy Candido
Stephanie C. Cheng
Sarah Eller

WILSON SONSINI GOODRICH & ROSATI
1 Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126

Attorneys for Defendants
NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, AND SARIKA PANDHARE

By: /s/ *Felipe Corredor*

Mark Conrad
Felipe Corredor

CONRAD | METLITZKY | KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111

Attorneys for Defendant
LEOBARDO CENTENO CONTRERAS

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: March 8, 2024               */s/ David R. Eberhart*
                                                David R. Eberhart