CHARLES T. GRAVES, State Bar No. 197923
JORDAN R. JAFFE, State Bar No. 254886
AMY CANDIDO, State Bar No. 237829
STEPHANIE C. CHENG, State Bar No. 319856
SARAH ELLER, State Bar No. 341965
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1 Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 974-2099
Email: tgraves@wsgr.com; jjaffe@wsgr.com; acandido@wsgr.com; stephanie.cheng@wsgr.com seller@wsgr.com

Attorneys for Defendants
NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, and SARIKA PANDHARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, SARIKA PANDHARE, and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO.: 3:22-cv-08073-AMO (LJC)<br><br>**STIPULATED ADDENDUM 2 TO THE ESI ORDER'S FORENSIC PROTOCOL** |

The undersigned parties, through their counsel, hereby stipulate as follows:

WHEREAS, the ESI Stipulation contains a Forensic Inspection Protocol Agreement negotiated by the parties that "governs the forensic inspection of any personal computing, communication, or other electronic device for which Plaintiffs seek a forensic copy that is in the possession, custody, or control of a Defendant" (the "Forensic Protocol") (Dkt. No. 96 at 25-44);

WHEREAS, the Forensic Protocol involves the retention by the Parties of a third-party forensic neutral jointly engaged by Plaintiffs and Defendants (the "Forensic Neutral");

WHEREAS, on January 29, 2024, the parties filed a Joint Discovery Letter regarding several discovery disputes regarding the production of certain Noah Medical source code (ECF No. 118);

WHEREAS, on February 13, 2024, after a hearing, the Court granted in part and denied in part the relief requested by the parties outlined in the Joint Discovery Letter. The Court ordered the Parties to engage a forensic neutral firm to complete a search of Defendant Cardona Ujueta's personal device for signs of transfer. (ECF No. 125);

WHEREAS, the Parties have agreed to use the same Forensic Neutral previously engaged for this process rather than retaining a separate forensic neutral;

WHEREAS, after additional discussions, Defendants Noah Medical Corporation and Diana Cardona Ujueta agree to provide a complete image of Cardona Ujueta's Noah Medical-issued laptop to the Forensic Neutral for the limited purpose of analyzing whether she transferred Plaintiffs' source code onto her Noah Medical-Issued Laptop;

WHEREAS, the Parties have agreed to a protocol for allowing such inspection;

WHEREAS, the Parties have agreed that making a device available for inspection by the Forensic Neutral will not be construed as a waiver of attorney-client privilege, work product protection, common interest or joint defense privilege, trade secret protection, or any other privilege or immunity;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request the Court grant their request to add the following Addendum 2, which memorializes the Parties' agreed protocol, to the ESI Stipulation:

///

///

**ADDENDUM 2**

1. Forensic Review of Diana Cardona Ujueta's Noah Medical-Issued Laptop

The Forensic Neutral will conduct forensic review of Diana Cardona Ujueta's Noah Medical-Issued Laptop for the sole purpose of determining whether Ms. Cardona Ujueta transferred files downloaded from Auris from her Western Digital/My Passport External Hard Drive bearing Serial Number: WX21D981J8X1 to her Noah Medical-Issued Lenovo ThinkPad Laptop bearing Serial Number: 112011270021505. The parties have agreed to the searches necessary to identify files downloaded from Auris as set forth in Auris v. Noah – ESI Addendum 2 Search Terms – HCAEO.xlsx.

2. Non-Waiver Agreement

Disclosure of any device, account, file, email or other information to the Forensic Neutral will not be construed as a waiver of attorney-client privilege, work product protection, common interest or joint defense privilege, trade secret protection, or any other privilege or immunity.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 26, 2024

By: ______________________________
Honorable Lisa J. Cisneros
United States Magistrate Judge

Dated: April 23, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Charles T. Graves*
Charles T. Graves
Jordan R. Jaffe
Amy Candido
Stephanie C. Cheng
Sarah Eller

Attorneys for Defendants
NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, and SARIKA PANDHARE

Dated: April 23, 2024

O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
David R. Eberhart
Laura Burson
Kaitlyn Gosewehr
Rui Li
Christopher B. Phillips

Attorneys for Plaintiffs
Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International

Dated: April 23, 2024

CONRAD | METLITZKY | KANE LLP

By: */s/ Felipe Corredor*
Mark Conrad
Felipe Corredor

Attorneys for Defendant Leobardo Centeno Contreras

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: April 23, 2024

*/s/ Charles T. Graves*
Charles T. Graves