UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURIS HEALTH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH MEDICAL CORPORATION, et al.,<br><br>Defendants. | Case No. 22-cv-08073-AMO   (LJC)<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF. No. 139 |

Pending before the Court is Plaintiffs Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  ECF No. 139.  Plaintiffs filed the motion because of references in the parties' May 14, 2024 Joint Letter (ECF No. 138) to certain materials designated as "Highly Confidential—Attorneys' Eyes Only" by Defendants Noah Medical Corporation and Enrique Romo.  Defendants did not file a statement or declaration in support of sealing as required by Local Rule 79-5(f)(3).  The Court hereby **DENIES** the motion.  No later than seven days from the date of this Order, Plaintiffs shall file a public, unredacted version of the May 14, 2024 Joint Letter on the docket.

**IT IS SO ORDERED.**

Dated: May 23, 2024

LISA J. CISNEROS
United States Magistrate Judge