DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
KAITLYN GOSEWEHR (S.B. #313458)
kgosewehr@omm.com
RUI LI (S.B. #320332)
rli@omm.com
CHRISTOPHER B. PHILLIPS (S.B. #330256)
cphillips@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700

*Attorneys for Plaintiffs*
*AURIS HEALTH, INC.,*
*VERB SURGICAL INC., and*
*CILAG GMBH INTERNATIONAL*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AURIS HEALTH, INC., VERB SURGICAL INC., and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH MEDICAL CORPORATION, ENRIQUE ROMO, DIANA CARDONA UJUETA, KENNETH NIP, LEOBARDO CENTENO CONTRERAS, MOUSLIM TATARKHANOV, MAZIYAR KESHTGAR, SARIKA PANDHARE, and DOES ONE through TEN inclusive,<br><br>Defendants. | Case No. 3:22-cv-08073-AMO (LJC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUPPLEMENTAL EXHIBITS TO THE PARTIES' JOINT LETTER BRIEF** |

Pursuant to Civil L.R. 7-11(a), Plaintiffs Auris Health, Inc. ("Auris"), Verb Surgical Inc. ("Verb"), and Cilag GmbH International ("Cilag") (collectively, "Plaintiffs") and Defendants Noah Medical Corporation ("Noah"), Enrique Romo, Diana Cardona Ujueta, Kenneth Nip, Mouslim Tatarkhanov, Maziyar Keshtgar, and Sarika Pandhare jointly submit this Motion for administrative relief to file supplemental exhibits to the parties' Joint Discovery Letter dated November 25, 2024, ECF No. 157 (the "Joint Discovery Letter"). Pursuant to L.R. 7-11(a) and L.R. 7-12, this Motion is accompanied by the stipulation of the parties.

On November 25, 2024, the parties filed the Joint Discovery Letter regarding issues arising from Defendants' source code production, with Exhibits (A) excerpts from Mr. Tatarkhanov's deposition transcript; (B) excerpts from the deposition transcript of Noah's Rule 30(b)(6) witness Kevin Yee; (C) a declaration from Mr. Yee; (D) a declaration from Mr. Tatarkhanov; and (E) a declaration from Dr. Michael Yip, Ph.D.; and a declaration authenticating Exhibits A and B. The Court granted the parties' stipulation to submit Exhibits A-E in deviation from Section 5 of Judge Lisa J. Cisneros's Standing Order. *See* ECF Nos. 158–59.

On November 26, 2024, Dr. Yip conducted a further inspection of the diff files for Mr. Tatarkhanov's commits to Noah's source code repositories. The parties now seek to submit the supplemental declaration of Dr. Yip regarding his inspection of November 26, 2024. *See* Exhibit F, attached hereto. In response to Dr. Yip's inquiries, Defendants also seek to submit the declaration of Defendants' source code expert Mr. John Peck regarding his findings related to the same code. *See* Exhibit G. The Parties believe that good cause exists for the requested deviation because these declarations provide the Court additional facts regarding the parties' dispute briefed in ECF No. 157. Therefore, the parties jointly move to deviate from Section 5 of Judge Lisa J. Cisneros's standing order and submit the attached Exhibits F and G in connection with that Joint Discovery Letter.

For the foregoing reasons, the parties respectfully request that the Court grant this Motion and grant the parties leave to submit Exhibits F and G to the Joint Discovery Letter.

IT IS SO STIPULATED.

Dated: December 5, 2024  O'MELVENY & MYERS LLP

By: /s/ David R. Eberhart
    David R. Eberhart
    Katie Gosewehr
    Rui Li
    Christopher B. Philips

Attorneys for Plaintiffs
Auris Health, Inc., Verb Surgical Inc., and Cilag GmbH International

Dated: December 5, 2024  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Stephanie C. Cheng
    Charles T. Graves
    Jordan R. Jaffe
    Amy Candido
    Stephanie C. Cheng
    Sarah Eller

Attorneys for Defendants
Noah Medical Corporation, Enrique Romo, Diana Cardona Ujueta, Kenneth Nip, Mouslim Tatarkhanov, Maziyar Keshtgar, And Sarika Pandhare

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: December 5, 2024                                    /s/ David R. Eberhart
                                                                          David R. Eberhart

**ORDER**

PURSUANT to the foregoing Stipulation, the Court finds good cause to grant the parties' joint stipulation to file a supplemental declaration from Dr. Michael Yip, Ph.D., as Exhibit F, and a declaration from Mr. John Peck, as Exhibit G, to the parties' Joint Discovery Letter dated November 25, 2024, ECF No. 157.

**IT IS SO ORDERED.**

Dated: December 5, 2024

Honorable Lisa J. Cisneros
United States Magistrate Judge